## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-30139-GPM |
| ) | |
| **BROQUE JOHNSON,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant, Broque Johnson, pleaded guilty to Count 1 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **March 24, 2007, at 8 a.m.**, at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 12/11/2007

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge