**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 07-30139-GPM |
| | ) |
| **BROQUE D. JOHNSON,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER FINDING NO THIRD-PARTY INTERESTS
# (FINAL ORDER OF FORFEITURE)

**MURPHY, District Judge:**

On March 24, 2008, this Court entered an order for forfeiture against Defendant Broque D. Johnson for the following property which had been seized from him:

**One Davis Industries, Model DLB, .22 Magnum caliber, Derringer, bearing serial number D077745; and one CDM .22 LR caliber, revolver, bearing serial number 0022956.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 27, 2009, and ending March 28, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described

property that is the subject of the Order of Forfeiture filed on March 24, 2008, namely:

**One Davis Industries, Model DLB, .22 Magnum caliber, Derringer, bearing serial number D077745; and one CDM .22 LR caliber, revolver, bearing serial number 0022956.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property.

**IT IS SO ORDERED.**

DATED: 5/20/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge